# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

[FILED 2019 AUG 20 P 1:12 US DISTRICT COURT BRIDGEPORT CT]

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Brandon Michael Gray

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**]

M. Licon-Vitale, warden

D. Womeldorf, associate warden

Comstock, associate warden

Bureau of Prisons

Complete every section and **SIGN THE LAST PAGE.**

*Revised 12/13/18*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. _____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. ✓ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Brandon Michael Gray
   b. Inmate Number: 15736-049
   c. Correctional facility: FCI Danbury

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six defendants, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: M. Licon-Vitale
   b. Rank or Title: Warden
   c. Workplace: FCI Danbury, Bureau of Prisons
      33 1/2 Pembroke Road
      Danbury, CT 06811

*Revised 12/13/18*

2

2. Second Defendant
   a. Full Name: D. Womeldorf
   b. Rank or Title: Associate Warden
   c. Workplace: FCI Danbury, Bureau of Prisons 33 1/2 Pembroke Road, Danbury CT 06811

3. Third Defendant
   a. Full Name: Comstock
   b. Rank or Title: Associate Warden
   c. Workplace: Bureau of Prisons, FCI Danbury 33 1/2 Pembroke Road, Danbury CT 06811

4. Fourth Defendant
   a. Full Name: Bureau of Prisons
   b. Rank or Title:
   c. Workplace: unknown

5. Fifth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

6. Sixth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

## D. REASON FOR COMPLAINT

**WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

*Revised 12/13/18*

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

*Revised 12/13/18*

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Now describe your claims.

Statement of Case
1. The Bureau of Prisons is discriminating against me due to my disability Intellectual Developmental Disorder.
2. My Intellectual Developmental Disorder renders me unable to obtain community and family ties with the outside world unlike other inmates.
3. My rights to due process and free speech are being violated by restricting me from access to email.
4. Email is an essential means of contact as courts have deemed letter writing as an unmeaningful way of contact.

Revised 12/13/18

5

5. Rehabilitation Act is being violated by restricting me from email access.

6. Other means of contact such as Letters, Phone calls and visits are strictly limited and costly. While email is quick, efficient and cheap.

7. It is against Program Statement 4500.11 to restrict someone from email access due to a sex offense. (sorry)

8. Other inmates with more serious crimes such as drug offenses, murder and armed robberies recieve email access, which is totally unfair and unjust.

9. Other inmates with sex offenses such as possession of child pornography, distribution, sexual exploitation of a minor and others get access to email.

10. Nick Kissinger, Kamir Mezalka, Glen Mears, Christopher Grief, John Pairisi, Cory Mestolinger and others from FCI Danbury have instant offense of child pornography / production / distribution and all have access to email here.

If you need more space, attach additional pages, but be as brief as possible.

### E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a courtappointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

Mental and emotional injury due to being discriminated against for my Intellectual Developmental Disorder.

*Revised 12/13/18*

F. **DO YOU WISH TO HAVE A JURY TRIAL? YES \_\_\_\_\_ NO √**

G. **DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: *Brandre M Gray*

Signed at 33 1/2 Pembroke Rd Danbury, CT 06811 on 08/12/19
          (Location)                     (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

H. **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1. Answer all questions on the complaint form.

2. Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 12/13/18*

# Inmate Statement

| Inmate Reg #: | 15736049 | Current Institution: | Danbury FCI |
| --- | --- | --- | --- |
| Inmate Name: | GRAY, BRANDON | Housing Unit: | DAN-I-A |
| Report Date: | 08/13/2019 | Living Quarters: | I01-007L |
| Report Time: | 11:30:20 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DAN | 8/10/2019 7:53:34 PM | TL0810 | | | TRUL Withdrawal | ($10.00) | | $1.88 |
| DAN | 8/10/2019 5:15:29 AM | UICP0819 | | | Inmate Co-pay | ($2.00) | | $11.88 |
| DAN | 8/9/2019 6:30:54 PM | TL0809 | | | TRUL Withdrawal | $11.05 | | $13.88 |
| DAN | 8/8/2019 9:15:50 PM | TL0808 | | | TRUL Withdrawal | ($10.00) | | $2.83 |
| DAN | 8/8/2019 8:40:29 PM | TL0808 | | | TRUL Withdrawal | ($15.00) | | $12.83 |
| DAN | 8/8/2019 8:08:27 AM | TL0808 | | | TRUL Withdrawal | $20.70 | | $27.83 |
| DAN | 8/7/2019 1:51:29 PM | TL0807 | | | TRUL Withdrawal | ($30.00) | | $7.13 |
| DAN | 8/6/2019 9:20:19 PM | TL0806 | | | TRUL Withdrawal | $15.20 | | $37.13 |
| DAN | 8/6/2019 6:52:56 PM | TL0806 | | | TRUL Withdrawal | ($30.00) | | $21.93 |
| DAN | 8/6/2019 6:58:46 AM | TL0806 | | | TRUL Withdrawal | ($2.00) | | $51.93 |
| DAN | 8/5/2019 6:33:13 PM | TL0805 | | | TRUL Withdrawal | ($10.00) | | $53.93 |
| DAN | 8/5/2019 3:58:02 PM | TL0805 | | | TRUL Withdrawal | $13.40 | | $63.93 |
| DAN | 8/5/2019 1:21:11 PM | TL0805 | | | TRUL Withdrawal | ($30.00) | | $50.53 |
| DAN | 8/5/2019 11:44:49 AM | TL0805 | | | TRUL Withdrawal | ($2.00) | | $80.53 |
| DAN | 8/5/2019 7:34:59 AM | 25 | | | Sales | ($15.45) | | $82.53 |
| DAN | 8/5/2019 7:31:36 AM | 24 | | | Sales | ($60.50) | | $97.98 |
| DAN | 8/4/2019 5:33:22 PM | TL0804 | | | TRUL Withdrawal | $155.55 | | $158.48 |
| DAN | 8/2/2019 3:38:01 PM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $2.93 |
| DAN | 8/2/2019 2:28:00 PM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $32.93 |
| DAN | 8/2/2019 1:55:47 PM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $62.93 |
| DAN | 8/2/2019 12:37:34 PM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $92.93 |
| DAN | 8/2/2019 11:48:11 AM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $122.93 |
| DAN | 8/2/2019 11:14:33 AM | TL0802 | | | TRUL Withdrawal | ($30.00) | | $152.93 |
| DAN | 8/2/2019 10:59:40 AM | UICP0819 | | | Inmate Co-pay | ($2.00) | | $182.93 |
| DAN | 8/2/2019 6:42:24 AM | 19 | | | Sales | ($5.55) | | $184.93 |
| DAN | 8/1/2019 10:33:46 PM | TL0801 | | | TRUL Withdrawal | $184.65 | | $190.48 |
| DAN | 8/1/2019 9:57:27 PM | TL0801 | | | TRUL Withdrawal | ($30.00) | | $5.83 |
| DAN | 8/1/2019 8:53:35 PM | TL0801 | | | TRUL Withdrawal | ($30.00) | | $35.83 |
| DAN | 8/1/2019 8:20:30 PM | TL0801 | | | TRUL Withdrawal | ($30.00) | | $65.83 |
| DAN | 8/1/2019 7:43:27 PM | TL0801 | | | TRUL Withdrawal | ($30.00) | | $95.83 |
| DAN | 8/1/2019 6:35:52 PM | TL0801 | | | TRUL Withdrawal | ($30.00) | | $125.83 |
| DAN | | 33319213 | | | Western Union | $150.00 | | $155.83 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8/1/2019 4:04:18 PM | | | | | | |
| DAN | 7/31/2019 4:31:59 PM | TL0731 | | TRUL Withdrawal | ($15.00) | | $5.83 |
| DAN | 7/31/2019 1:48:11 PM | TL0731 | | TRUL Withdrawal | ($30.00) | | $20.83 |
| DAN | 7/31/2019 11:30:39 AM | 2372 | | BP 199 Request - Released | | $28.00 | -------- |
| DAN | 7/31/2019 11:30:39 AM | 2372 | 1319 | Subscriptions | ($28.00) | | $50.83 |
| DAN | 7/31/2019 10:52:25 AM | TL0731 | | TRUL Withdrawal | $0.45 | | $78.83 |
| DAN | 7/31/2019 7:05:39 AM | 33319212 | | Western Union | $50.00 | | $78.38 |
| DAN | 7/28/2019 3:23:36 PM | TL0728 | | TRUL Withdrawal | ($5.00) | | $28.38 |
| DAN | 7/28/2019 10:39:55 AM | TL0728 | | TRUL Withdrawal | ($15.00) | | $33.38 |
| DAN | 7/28/2019 10:32:18 AM | TFN0728 | | Phone Withdrawal | ($10.00) | | $48.38 |
| DAN | 7/28/2019 10:03:27 AM | 33319209 | | Western Union | $30.00 | | $58.38 |
| DAN | 7/28/2019 7:34:02 AM | TL0728 | | TRUL Withdrawal | $0.25 | | $28.38 |
| DAN | 7/24/2019 8:31:34 AM | TFN0724 | | Phone Withdrawal | ($3.00) | | $28.13 |
| DAN | 7/23/2019 10:19:00 AM | TL0723 | | TRUL Withdrawal | ($5.00) | | $31.13 |
| DAN | 7/22/2019 2:49:59 PM | TL0722 | | TRUL Withdrawal | $0.70 | | $36.13 |
| DAN | 7/22/2019 12:24:25 PM | 2372 | | BP 199 Request | | ($28.00) | -------- |
| DAN | 7/22/2019 12:23:55 PM | 2365 | | BP 199 Request - Released | | $28.00 | -------- |
| DAN | 7/22/2019 9:49:13 AM | TFN0722 | | Phone Withdrawal | ($5.00) | | $35.43 |
| DAN | 7/21/2019 7:39:20 AM | TL0721 | | TRUL Withdrawal | $5.00 | | $40.43 |

1 2 3 4

**Total Transactions: 161**

                                       **Totals:**    **$1.88**    **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DAN | $1.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.88 |
| **Totals:** | **$1.88** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1.88** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Inmate Reg #: | 15736049 | | | | Current Institution: | Danbury FCI | | |
| Inmate Name: | GRAY, BRANDON | | | | Housing Unit: | DAN-I-A | | |
| Report Date: | 08/13/2019 | | | | Living Quarters: | 101-007L | | |
| Report Time: | 11:31:41 AM | | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DAN | 7/20/2019 9:31:56 PM | TL0720 | | | TRUL Withdrawal | ($10.00) | | $35.43 |
| DAN | 7/20/2019 7:04:57 PM | 2365 | | | BP 199 Request | | ($28.00) | -------- |
| DAN | 7/20/2019 7:03:05 PM | 2290 | | | BP 199 Request - Released | | $21.00 | -------- |
| DAN | 7/20/2019 2:51:53 PM | TL0720 | | | TRUL Withdrawal | $5.25 | | $45.43 |
| DAN | 7/19/2019 11:21:55 PM | TL0719 | | | TRUL Withdrawal | ($10.00) | | $40.18 |
| DAN | 7/19/2019 10:30:06 PM | TL0719 | | | TRUL Withdrawal | ($5.00) | | $50.18 |
| DAN | 7/19/2019 9:04:37 PM | 33319200 | | | Western Union | $30.00 | | $55.18 |
| DAN | 7/16/2019 8:18:17 PM | TL0716 | | | TRUL Withdrawal | ($5.00) | | $25.18 |
| DAN | 7/16/2019 5:02:36 PM | TL0716 | | | TRUL Withdrawal | $0.75 | | $30.18 |
| DAN | 7/16/2019 12:55:48 PM | TL0716 | | | TRUL Withdrawal | ($5.00) | | $29.43 |
| DAN | 7/16/2019 10:52:10 AM | 69 | | | Sales | ($186.95) | | $34.43 |
| DAN | 7/15/2019 11:31:42 AM | 2290 | | | BP 199 Request | | ($21.00) | -------- |
| DAN | 7/15/2019 9:41:03 AM | TL0715 | | | TRUL Withdrawal | ($30.00) | | $221.38 |
| DAN | 7/15/2019 7:06:19 AM | 33319196 | | | Western Union | $50.00 | | $251.38 |
| DAN | 7/15/2019 7:06:17 AM | 33319196 | | | Western Union | $200.00 | | $201.38 |
| DAN | 7/2/2019 3:06:02 PM | TL0702 | | | TRUL Withdrawal | $0.55 | | $1.38 |
| DAN | 7/1/2019 1:54:46 PM | TL0701 | | | TRUL Withdrawal | ($2.00) | | $0.83 |
| DAN | 7/1/2019 11:45:53 AM | 76 | | | Sales | ($47.35) | | $2.83 |
| DAN | 6/30/2019 7:04:33 PM | 33319181 | | | Western Union | $50.00 | | $50.18 |
| DAN | 6/25/2019 6:58:19 AM | TL0625 | | | TRUL Withdrawal | ($2.00) | | $0.18 |
| DAN | 6/25/2019 6:08:17 AM | TL0625 | | | TRUL Withdrawal | $0.35 | | $2.18 |
| DAN | 6/24/2019 3:39:32 PM | TL0624 | | | TRUL Withdrawal | ($2.00) | | $1.83 |
| DAN | 6/24/2019 12:36:47 PM | TL0624 | | | TRUL Withdrawal | ($5.00) | | $3.83 |
| DAN | 6/24/2019 11:51:54 AM | 30 | | | Sales | ($11.00) | | $8.83 |
| DAN | 6/24/2019 11:06:21 AM | 35 | | | Sales | ($131.70) | | $19.83 |
| DAN | 6/24/2019 7:05:59 AM | 33319175 | | | Western Union | $150.00 | | $151.53 |
| DAN | 6/13/2019 2:21:08 PM | TL0613 | | | TRUL Withdrawal | $0.20 | | $1.53 |
| DAN | 6/12/2019 3:29:45 PM | TL0612 | | | TRUL Withdrawal | ($10.00) | | $1.33 |
| DAN | 6/12/2019 11:45:45 AM | 31 | | | Sales | ($154.40) | | $11.33 |
| DAN | 6/12/2019 11:43:02 AM | 28 | | | Sales | $0.00 | | $165.73 |
| DAN | 6/11/2019 4:55:10 PM | TL0611 | | | TRUL Withdrawal | $112.20 | | $165.73 |
| DAN | | 33319161 | | | Western Union | $50.00 | | $53.53 |

| Alpha Code | Date | Reference | Description | Amount | Balance |
|---|---|---|---|---|---|
| | 6/10/2019 7:04:32 PM | | | | |
| DAN | 6/8/2019 12:21:35 PM | TL0608 | TRUL Withdrawal | ($10.00) | $3.53 |
| DAN | 6/8/2019 11:25:53 AM | TL0608 | TRUL Withdrawal | ($30.00) | $13.53 |
| DAN | 6/8/2019 10:52:32 AM | TL0608 | TRUL Withdrawal | ($30.00) | $43.53 |
| DAN | 6/8/2019 7:28:49 AM | TL0608 | TRUL Withdrawal | ($30.00) | $73.53 |
| DAN | 6/8/2019 6:47:21 AM | TL0608 | TRUL Withdrawal | ($30.00) | $103.53 |
| DAN | 6/7/2019 12:34:03 PM | UPSY0519 | Payroll - Psych Treatment | $50.00 | $133.53 |
| DAN | 6/7/2019 12:22:32 PM | TL0607 | TRUL Withdrawal | ($15.00) | $83.53 |
| DAN | 6/7/2019 6:35:59 AM | 16 | Sales | ($7.80) | $98.53 |
| DAN | 6/7/2019 6:35:00 AM | 15 | Sales | ($32.30) | $106.33 |
| DAN | 6/5/2019 7:11:20 AM | TL0605 | TRUL Withdrawal | $5.35 | $138.63 |
| DAN | 6/4/2019 8:35:41 PM | TL0604 | TRUL Withdrawal | ($10.00) | $133.28 |
| DAN | 6/4/2019 12:44:56 PM | TL0604 | TRUL Withdrawal | $8.25 | $143.28 |
| DAN | 6/4/2019 11:51:14 AM | TL0604 | TRUL Withdrawal | ($15.00) | $135.03 |
| DAN | 6/4/2019 10:04:15 AM | 33319155 | Western Union | $150.00 | $150.03 |
| DAN | 5/23/2019 3:55:08 PM | TFN0523 | Phone Withdrawal | ($12.00) | $0.03 |
| DAN | 5/22/2019 9:43:28 PM | TL0522 | TRUL Withdrawal | $2.35 | $12.03 |
| DAN | 5/22/2019 6:53:31 PM | TL0522 | TRUL Withdrawal | ($5.00) | $9.68 |
| DAN | 5/22/2019 6:53:06 PM | TFN0522 | Phone Withdrawal | $13.86 | $14.68 |

1 2 3 4

**Total Transactions: 161**

Totals: $1.88  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DAN | $1.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.88 |
| Totals: | $1.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.88 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

PRINT

| Inmate Reg #: | 15736049 | Current Institution: | Danbury FCI |
|---|---|---|---|
| Inmate Name: | GRAY, BRANDON | Housing Unit: | DAN-I-A |
| Report Date: | 08/13/2019 | Living Quarters: | 101-007L |
| Report Time: | 11:31:48 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DAN | 5/22/2019 9:43:23 AM | TFN0522 | | | Phone Withdrawal | ($17.00) | | $0.82 |
| DAN | 5/21/2019 3:27:59 PM | TL0521 | | | TRUL Withdrawal | ($2.00) | | $17.82 |
| DAN | 5/21/2019 1:22:38 PM | TL0521 | | | TRUL Withdrawal | $0.20 | | $19.82 |
| DAN | 5/21/2019 12:54:35 PM | TL0521 | | | TRUL Withdrawal | ($10.00) | | $19.62 |
| DAN | 5/21/2019 11:28:36 AM | 62 | | | Sales | ($120.95) | | $29.62 |
| DAN | 5/21/2019 7:05:35 AM | 33319141 | | | Western Union | $150.00 | | $150.57 |
| DAN | 5/20/2019 10:37:59 PM | TFN0520 | | | Phone Withdrawal | ($3.00) | | $0.57 |
| DAN | 5/18/2019 8:55:42 PM | TL0518 | | | TRUL Withdrawal | $0.80 | | $3.57 |
| DAN | 5/17/2019 1:36:52 PM | TL0517 | | | TRUL Withdrawal | ($2.00) | | $2.77 |
| DAN | 5/17/2019 9:11:35 AM | TL0517 | | | TRUL Withdrawal | ($2.00) | | $4.77 |
| DAN | 5/16/2019 11:09:36 PM | TL0516 | | | TRUL Withdrawal | $0.50 | | $6.77 |
| DAN | 5/16/2019 10:42:17 PM | TL0516 | | | TRUL Withdrawal | ($2.00) | | $6.27 |
| DAN | 5/15/2019 6:21:45 AM | TL0515 | | | TRUL Withdrawal | $0.65 | | $8.27 |
| DAN | 5/14/2019 10:42:15 PM | TL0514 | | | TRUL Withdrawal | ($10.00) | | $7.62 |
| DAN | 5/13/2019 10:45:33 AM | 42 | | | Sales | ($76.10) | | $17.62 |
| DAN | 5/12/2019 3:36:21 PM | TL0512 | | | TRUL Withdrawal | $2.95 | | $93.72 |
| DAN | 5/12/2019 3:05:18 PM | TL0512 | | | TRUL Withdrawal | ($15.00) | | $90.77 |
| DAN | 5/12/2019 9:03:11 AM | 33419132 | | | Money Gram | $100.00 | | $105.77 |
| DAN | 5/11/2019 8:41:48 AM | TL0511 | | | TRUL Withdrawal | $4.45 | | $5.77 |
| DAN | 5/8/2019 5:02:48 PM | TL0508 | | | TRUL Withdrawal | ($5.00) | | $1.32 |
| DAN | 5/6/2019 7:36:37 PM | TL0506 | | | TRUL Withdrawal | ($15.00) | | $6.32 |
| DAN | 5/6/2019 11:52:39 AM | 59 | | | Sales | ($15.45) | | $21.32 |
| DAN | 5/6/2019 11:51:36 AM | 58 | | | Sales | ($13.00) | | $36.77 |
| DAN | 5/6/2019 11:49:26 AM | 57 | | | Sales | ($100.45) | | $49.77 |
| DAN | 5/5/2019 8:04:34 PM | 33319125 | | | Western Union | $50.00 | | $150.22 |
| DAN | 5/5/2019 9:03:16 AM | 33419125 | | | Money Gram | $100.00 | | $100.22 |
| DAN | 5/3/2019 1:37:56 PM | TFN0503 | | | Phone Withdrawal | ($16.00) | | $0.22 |
| DAN | 5/3/2019 6:27:26 AM | TFN0503 | | | Phone Withdrawal | $13.52 | | $16.22 |
| DAN | 5/2/2019 7:34:22 PM | TL0502 | | | TRUL Withdrawal | $0.80 | | $2.70 |
| DAN | 4/30/2019 1:33:59 PM | 4 | | | Sales | ($7.75) | | $1.90 |
| DAN | 4/30/2019 1:29:13 PM | 2 | | | Sales | $7.75 | | $9.65 |
| DAN | | 51 | | | Sales | ($7.75) | | $1.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DAN | 4/29/2019 11:39:00 AM | | | | | |
| DAN | 4/29/2019 11:38:43 AM | 50 | | Sales | $7.75 | $9.65 |
| DAN | 4/29/2019 11:21:52 AM | 42 | | Sales | ($83.95) | $1.90 |
| DAN | 4/28/2019 11:22:20 AM | TL0428 | | TRUL Withdrawal | ($15.00) | $85.85 |
| DAN | 4/28/2019 10:47:33 AM | TFN0428 | | Phone Withdrawal | ($20.00) | $100.85 |
| DAN | 4/28/2019 9:03:12 AM | 33419118 | | Money Gram | $120.00 | $120.85 |
| DAN | 4/21/2019 10:53:57 AM | TFN0421 | | Phone Withdrawal | ($2.00) | $0.85 |
| DAN | 4/21/2019 10:53:02 AM | TL0421 | | TRUL Withdrawal | $1.95 | $2.85 |
| DAN | 4/18/2019 12:29:14 PM | TL0418 | | TRUL Withdrawal | ($2.00) | $0.90 |
| DAN | 4/18/2019 6:43:05 AM | TL0418 | | TRUL Withdrawal | $1.45 | $2.90 |
| DAN | 4/17/2019 1:34:07 PM | TL0417 | | TRUL Withdrawal | ($5.00) | $1.45 |
| DAN | 4/17/2019 10:33:08 AM | TL0417 | | TRUL Withdrawal | ($2.00) | $6.45 |
| DAN | 4/15/2019 4:03:19 PM | UICP0419 | | Inmate Co-pay | ($2.00) | $8.45 |
| DAN | 4/15/2019 11:32:22 AM | 73 | | Sales | ($105.20) | $10.45 |
| DAN | 4/15/2019 10:03:39 AM | 33419105 | | Money Gram | $50.00 | $115.65 |
| DAN | 4/13/2019 10:04:20 PM | 33319103 | | Western Union | $50.00 | $65.65 |
| DAN | 4/13/2019 7:19:59 PM | TL0413 | | TRUL Withdrawal | $0.35 | $15.65 |
| DAN | 4/13/2019 5:12:02 PM | TL0413 | | TRUL Withdrawal | ($5.00) | $15.30 |
| DAN | 4/12/2019 11:22:10 AM | TFN0412 | | Phone Withdrawal | ($10.00) | $20.30 |

1 2 3 4

**Total Transactions: 161**

| | | | | | **Totals:** | **$1.88** | **$0.00** |
|---|---|---|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DAN | $1.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.88 |
| **Totals:** | **$1.88** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1.88** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 15736049 | Current Institution: | Danbury FCI |
| --- | --- | --- | --- |
| Inmate Name: | GRAY, BRANDON | Housing Unit: | DAN-I-A |
| Report Date: | 08/13/2019 | Living Quarters: | 101-007L |
| Report Time: | 11:31:54 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DAN | 4/11/2019 4:41:32 PM | TL0411 | | | TRUL Withdrawal | $12.15 | | $30.30 |
| DAN | 4/11/2019 3:27:08 PM | TL0411 | | | TRUL Withdrawal | ($30.00) | | $18.15 |
| DAN | 4/10/2019 10:24:57 PM | TL0410 | | | TRUL Withdrawal | $2.00 | | $48.15 |
| DAN | 4/10/2019 3:53:15 PM | TL0410 | | | TRUL Withdrawal | ($2.00) | | $46.15 |
| DAN | 4/10/2019 12:36:06 PM | 127 | | | Sales | ($15.45) | | $48.15 |
| DAN | 4/10/2019 12:31:57 PM | 126 | | | Sales | ($111.05) | | $63.60 |
| DAN | 4/9/2019 1:03:53 PM | 33419099 | | | Money Gram | $60.00 | | $174.65 |
| DAN | 4/9/2019 9:41:42 AM | TFN0409 | | | Phone Withdrawal | ($10.00) | | $114.65 |
| DAN | 4/8/2019 11:03:55 AM | 33419098 | | | Money Gram | $100.00 | | $124.65 |
| DAN | 4/5/2019 1:05:05 PM | TFN0405 | | | Phone Withdrawal | ($2.00) | | $24.65 |
| DAN | 4/5/2019 3:15:05 AM | TX040519 | | | Transfer - In from TRUFACS | $26.65 | | $26.65 |

1 2 3 4

Total Transactions: 161

| | Totals: | $1.88 | $0.00 |
| --- | --- | --- | --- |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DAN | $1.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.88 |
| Totals: | $1.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.88 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
| --- | --- | --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 15736049  **Inmate Name:** GRAY, BRANDON  **Available Balance:** $1.88

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 02/28/2019 | TFN0228 | Phone Withdrawal | | $1.29 |
| 02/28/2019 | TFN0228 | Phone Withdrawal | | -$1.00 |
| 02/27/2019 | TFN0227 | Phone Withdrawal | | -$9.00 |
| 02/25/2019 | TFN0225 | Phone Withdrawal | | -$10.00 |
| 02/25/2019 | TFN0225 | Phone Withdrawal | | -$5.00 |
| 02/22/2019 | TFN0222 | Phone Withdrawal | | -$10.00 |
| 02/21/2019 | TL0221 | TRUL Withdrawal | | $2.00 |
| 02/21/2019 | TL0221 | TRUL Withdrawal | | -$2.00 |
| 02/21/2019 | TFN0221 | Phone Withdrawal | | -$10.00 |
| 02/21/2019 | TX022119 | Transfer - In from TRUFACS | | $111.41 |
| 02/21/2019 | TX022119 | Transfer - Out to TRUFACS | | -$111.41 |
| 02/16/2019 | TX021619 | Transfer - In from TRUFACS | | $111.41 |
| 02/16/2019 | TX021619 | Transfer - Out to TRUFACS | | -$111.41 |
| 02/16/2019 | TFN0216 | Phone Withdrawal | | $25.20 |
| 02/14/2019 | 18 | Sales | | -$53.60 |
| 02/13/2019 | TL0213 | TRUL Withdrawal | | $1.85 |
| 02/12/2019 | TL0212 | TRUL Withdrawal | | -$2.00 |
| 02/12/2019 | TFN0212 | Phone Withdrawal | | -$25.00 |
| 02/12/2019 | 33419043 | Money Gram | TRUESDELL | $100.00 |
| 02/08/2019 | 33 | Sales | | -$83.55 |
| 02/07/2019 | TL0207 | TRUL Withdrawal | | $0.35 |
| 02/07/2019 | TL0207 | TRUL Withdrawal | | -$5.00 |
| 02/07/2019 | UIPP0119 | Payroll - IPP | | $0.84 |
| 02/07/2019 | TL0207 | TRUL Withdrawal | | $0.45 |
| 02/06/2019 | TL0206 | TRUL Withdrawal | | -$2.00 |
| 02/03/2019 | TFN0203 | Phone Withdrawal | | -$1.00 |

Inmate #: 15736049

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 15736049　Inmate Name: GRAY, BRANDON　　Available Balance: $1.88

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 03/29/2019 | TFN0329 | Phone Withdrawal | | -$6.00 |
| 03/25/2019 | TFN0325 | Phone Withdrawal | | -$6.00 |
| 03/20/2019 | TL0320 | TRUL Withdrawal | | $1.85 |
| 03/20/2019 | TL0320 | TRUL Withdrawal | | -$2.00 |
| 03/20/2019 | 23 | Sales | | -$177.10 |
| 03/19/2019 | TFN0319 | Phone Withdrawal | | -$10.00 |
| 03/18/2019 | TL0318 | TRUL Withdrawal | | $1.85 |
| 03/17/2019 | TL0317 | TRUL Withdrawal | | -$2.00 |
| 03/17/2019 | 33419076 | Money Gram | TRUESDELL | $160.00 |
| 03/17/2019 | 33319076 | Western Union | GRAY | $50.00 |
| 03/11/2019 | TL0311 | TRUL Withdrawal | | $1.85 |
| 03/10/2019 | TL0310 | TRUL Withdrawal | | -$2.00 |
| 03/06/2019 | 15 | Sales | | -$193.85 |
| 03/03/2019 | 33419062 | Money Gram | TRUESDELL | $100.00 |
| 03/02/2019 | 33319061 | Western Union | GRAY | $50.00 |

Inmate #: 15736049

15736-049
Brandon Gray
Federal Correctional Insitution
33 1/2 Pembroke Road
Danbury, CT 06811
United States



Office of the Clerk
United States District Court
915 Lafayette BLVD
Bridgeport, CT 06604